UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:06CR741 CDP |
| | ) | |
| DANIEL L. BRASHERS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

After discussing the request with the Probation Office, and upon learning

that defendant has complied with all conditions of supervised release and paid all

financial obligations,

**IT IS HEREBY ORDERED** that defendant's motion to terminate

supervised release [#47] is GRANTED, and defendant is released from the term of

supervised release, effective immediately.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 5th day of January, 2009.